# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

ALEXANDER R. CIFUENTES,

       Plaintiff,

v.                                                           Case No:   6:25-cv-1651-JSS-LHP

MSC INDUSTRIAL SUPPLY CO.,
INC.,

       Defendant

---

## ORDER

Before the Court is Plaintiff's Motion for Leave to Register for CM/ECF Access (Pro Se). Doc. No. 9. On review, the motion is due to be denied without prejudice.

First, the motion fails to comply with Local Rule 3.01(a). Second, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020) (citations omitted). Here, Plaintiff makes no such showing. Doc. No. 9.

Accordingly, the motion (Doc. No. 9) is **DENIED without prejudice**. That said, "the Court in its discretion may grant *a pro se* party permission to receive electronic notifications." *See Moore v. Adventist Health Sys. Sunbelt Healthcare Corp.*, No. 6:23-cv-1163-PGB-DCI, 2023 WL 4947933, at *1 (M.D. Fla. Aug. 3, 2023). The Court finds it appropriate to exercise such discretion here. *See id.*; *see also Cromity v. City of Orlando*, No. 6:24-cv-1688-CEM-DCI, 2025 WL 435901, at *1 (allowing service of court documents on *pro se* party by email); *Wilkins v. RCI, LLC*, No. 6:23-cv-849-PGB-EJK, 2023 WL 3453560, at *1 (M.D. Fla. May 15, 2023) (same). Therefore, the **Clerk of Court** is **DIRECTED** to add Plaintiff's email address, alex.cifuentes831991@gmail.com, to CM/ECF and ensure that Plaintiff receives Notices of Electronic Filings.

**DONE** and **ORDERED** in Orlando, Florida on October 10, 2025.

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties